UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 4 mins

## CRIMINAL MINUTES

**Judge:** Edward J. Davila
**Date:** January 9, 2012
**Case No.:** CR-11-00269 EJD
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**U.S. Pretrial Services Officer:** N/A
**Interpreter:** Lupita Arce (Spanish)

### CASE TITLE

USA v. Oscar Guzman-Rojas (C)(I)(P)

### APPEARANCES

**Attorney(s) for Government**: Carolyne Sanin
**Attorney(s) for Defendant(s)**: Donald Kilmer

### PROCEEDINGS

Status Hearing

### ORDER AFTER HEARING

Hearing Held. The Court referred this to the General Duty Magistrate Judge for Identification of Counsel on January 11, 2012 at 9:30 AM. The Court set a further date for Status Hearing on January 23, 2012 at 1:30 PM. Time is excluded from January 9, 2012 through January 23, 2012 for effective preparation of counsel.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
Courtroom Deputy
Original: Efiled
CC: